DOUGLAS E. WATTS, SBN 182274
**Watts Law Offices**
193 Blue Ravine Rd., Suite 100
Folsom, CA 95630
Telephone: (916) 673-9008
Facsimile: (916) 404-5031
E-mail: dwatts@wattslaw-norcal.com

Attorneys for Plaintiff LESLIE ELOWSON

ANTHONY J. DECRISTOFORO (SB #166171)
ajdecristoforo@stoel.com
BRYAN L. HAWKINS (SB #238346)
blhawkins@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

Attorneys for Defendants
JERRY ERWIN ASSOCIATES, INC. dba JEA SENIOR LIVING; JERRY ERWIN, and CODY ERWIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE ELOWSON,<br><br>            Plaintiff,<br><br>      v.<br><br>JEA SENIOR LIVING; EMPIRE RANCH ALZHEIMER'S SPECIAL CARE CENTER; JOHN MCNEIL; JERRY ERWIN; CODY ERWIN, and DOES 1-50 Inclusive,<br><br>            Defendants. | Case No. 2:14-cv-02559-JAM-KJN<br><br>**STIPULATED DISMISSAL OF ACTION WITH PREJUDICE; ORDER OF DISMISSAL** |

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff Leslie Elowson ("Plaintiff") and Defendants Jerry Erwin Associates, Inc. dba JEA Senior Living and John McNeil (collectively, "Defendants") hereby agree and stipulate for Plaintiff's dismissal with prejudice of all of the claims and causes of action alleged in her First Amended Complaint, each party to bear their own attorneys' fees and costs.

Plaintiff and Defendants so stipulate.

DATED: April 22, 2016

STOEL RIVES LLP


By: /s/ Anthony J. DeCristoforo
ANTHONY J. DECRISTOFORO
BRYAN L. HAWKINS
Attorneys for Defendants JERRY ERWIN ASSOCIATES, INC. dba JEA SENIOR LIVING and JOHN MCNEIL

Dated: April 22, 2016

/s/ Douglas E. Watts (as authorized on April 22, 2016)
DOUGLAS E. WATTS
Attorneys for Plaintiff LESLIE ELOWSON

**ORDER OF DISMISSAL**

Pursuant to the terms of the foregoing stipulation and in accordance with the provisions of Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff's First Amended complaint in Case No. 2:14-cv-02559-JAM-KJN is hereby dismissed with prejudice, each party to bear their own fees and costs.

Dated: 4/22/2016

_____        \_\_\_\_/s/ John A. Mendez_____
                                                    U.S. DISTRICT COURT JUDGE